IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOE JESSE MONGE and ROSANA ELENA MONGE,<br>        Plaintiffs,<br><br>v.<br><br>ALICIA ROJAS, FRANCISCO JAVIER JAYME, MONROJ INVESTMENTS, INC., and NORTHEAST PATRIOT PLAZA, INC.,<br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-14-CV-385-PRM |

## FINAL JUDGMENT

On this day, the Court adopted in part the Proposed Findings of Fact and Conclusions of Law submitted by the United States Bankruptcy Court for the Western District of Texas, El Paso Division, in the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

**SIGNED** this **27th day** of **January, 2015**.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE